Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Wolf, Alan Ira** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br><br>**xxx-xx-0648** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br><br>**1263 Deerfield Parkway**<br>**Unit 101**<br>**Buffalo Grove, IL**  ZIP Code **60089** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br><br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**2033 N. Milwaukee Avenue**<br>**Suite 175**<br>**Riverwoods, IL**  ZIP Code **60015** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                                                                    **FORM B1**, Page 2

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Wolf, Alan Ira** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Michael L. Ralph                      **March 30, 2007** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Michael L. Ralph 2279304** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (10/06)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Wolf, Alan Ira**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Alan Ira Wolf**
Signature of Debtor **Alan Ira Wolf**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 29, 2007**
Date

#### Signature of Attorney

**X** **/s/ Michael L. Ralph**
Signature of Attorney for Debtor(s)

**Michael L. Ralph 2279304**
Printed Name of Attorney for Debtor(s)

**Richards, Ralph & Schwab, Chartered**
Firm Name

**175 East Hawthorn Parkway**
**Vernon Hills, IL 60061**
Address

**847-367-9699  Fax: 847-367-9621**
Telephone Number

**March 29, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Alan Ira Wolf**                          Case No. _____

                                         Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Alan Ira Wolf**
                        **Alan Ira Wolf**

Date:   **March 29, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alan Ira Wolf** _____,   Case No. _____

                                Debtor                                   Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 18,127.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 200,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 99,374.14 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 633,963.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,898.05 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,449.00 |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| | | Total Assets | 18,127.50 | | |
| | | | Total Liabilities | 933,338.10 | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Alan Ira Wolf**
_____,
                                    Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 1,428.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 38,646.14 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 40,074.14 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,898.05 |
| Average Expenses (from Schedule J, Line 18) | 3,449.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,288.45 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 200,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 44,177.35 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 55,196.79 |
| 4. Total from Schedule F | | 633,963.96 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 889,160.75 |

Form B6A
(10/05)

In re    **Alan Ira Wolf**                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** |  |
|  | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Alan Ira Wolf**                                              ,   Case No. _____

                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Check Account**<br>**Chase Bank, Riverwoods, IL**<br>**Account #709133268** | - | 800.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Residential lease security deposit** | - | 275.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **1 Bed, 1 dresser, 2 small lamps, 2 night stands** | - | 500.00 |
| | | **Dining room table and chairs.** | - | 100.00 |
| | | **Miscellaneous knicks knacks.** | - | 75.00 |
| | | **1 Television**<br>**DVD**<br>**VCR** | - | 200.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Cookbooks** | - | 1,500.00 |
| 6.  Wearing apparel. | | **Mens clothing.** | - | 750.00 |
| 7.  Furs and jewelry. | | **Wedding ring - gold band** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Inversion tables (2)** | - | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    **4,600.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **Alan Ira Wolf**                                         ,        Case No. _____
                                                         Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | **-** | **6,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **100% Stockholder in Foodology, Inc. d/b/a Banana Moon.** **Foodology, Inc. d/b/a Banana Moon ceased operations in April, 2006.** | **-** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **6,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **Alan Ira Wolf**
_____,   Case No. _____
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1980 Kawasaki motorcycle** | - | 1,200.00 |
| | | **1999 Izuzu Rodeo** **97,000 miles, minor dents, needs mechanical work, fair condition** | - | 5,027.50 |
| | | **Suggested Retail Price based upon EXCELLENT condition $6,890.00** **Trade in Value based upon FAIR condition $3,725.00** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Desktop computer - 2 years old.** | - | 400.00 |
| | | **1 Dell laptop** | - | 600.00 |
| | | **All in one HP9100 printer** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    **7,527.50**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6B
(10/05)

In re    **Alan Ira Wolf**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **18,127.50** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6C
(10/05)

In re  **Alan Ira Wolf**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Check Account** **Chase Bank, Riverwoods, IL** **Account #709133268** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Household Goods and Furnishings** | | | |
| **1 Bed, 1 dresser, 2 small lamps, 2 night stands** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **1 Television** **DVD** **VCR** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Cookbooks** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Mens clothing.** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | **735 ILCS 5/12-1006** | **6,000.00** | **6,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1980 Kawasaki motorcycle** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **1999 Izuzu Rodeo** **97,000 miles, minor dents, needs mechanical work, fair condition** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,027.50** |
| **Suggested Retail Price based upon EXCELLENT condition $6,890.00 Trade in Value based upon FAIR condition $3,725.00** | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Desktop computer - 2 years old.** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **1 Dell laptop** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **All in one HP9100 printer** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| | Total: | **14,650.00** | **17,277.50** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Alan Ira Wolf**                                          ,     Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H  W  J  C | | | | | | |
| Account No. **N/A**<br><br>**John J. Hanover<br>c/o Doouglas W. Worrell<br>1625 W. Colonial Parkway<br>Inverness, IL 60067** | - | | **5-25-05**<br><br>**Loan and Security Agreement.  This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | | |
| | | | Value $                                0.00 | | | | 200,000.00 | 200,000.00 |
| Account No.<br><br>**Representing:<br>John J. Hanover** | | | **John J. Hanover<br>224 Perth Rd.<br>Cary, IL 60013** | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

|  | | Subtotal<br>(Total of this page) | 200,000.00 | 200,000.00 |
|---|---|---|---|---|
| | | Total<br>(Report on Summary of Schedules) | 200,000.00 | 200,000.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6E (10/06)

In re  **Alan Ira Wolf**                                                                    ,  Case No. _____

                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **5**       continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (10/06) - Cont.

In re    **Alan Ira Wolf**
_____,    Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid child support - 20% of Net Income | | | | | | |
| **Amelia Wolf** **9360 Skokie Blvd.** **Unit 416** **Skokie, IL 60077** | | - | | | | | 1,428.00 | 0.00 | 1,428.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 1,428.00 | 0.00 | 1,428.00 |
|---|---|---|---|---|

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re   **Alan Ira Wolf** _____,   Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **IDOL File No. 06-011385** **Charity Venetucci** **1801 Beverly Pl.** **Highland Park, IL 60035** | - | | | Alleged wages owed by Foodology, Inc. - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 25,000.00 | 25,000.00 / 0.00 |
| Account No. **Representing:** **Charity Venetucci** | | | | State of Illinois - Dept. of Labor Hearings Division - 06-001385 160 N. La Salle St., Ste. C-1300 Chicago, IL 60601 | | | | | |
| Account No. **06-001386** **Jason Lee Gottlieb** **1801 Beverly** **Highland Park, IL 60035** | - | | | Alleged wages owed by Foodology, Inc. - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 34,000.00 | 24,000.00 / 10,000.00 |
| Account No. **Representing:** **Jason Lee Gottlieb** | | | | State of Illinois - Dept. of Labor Hearings Division - 06-001386 160 N. La Salle St., Ste. C-1300 Chicago, IL 60601 | | | | | |
| Account No. **06-001264** **Justin A. Sheridan** **1316 W. Park Drive** **Round Lake Beach, IL 60023** | - | | | Alleged Wages - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 300.00 | 0.00 / 300.00 |

Sheet **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                                    49,000.00
(Total of this page)          59,300.00      10,300.00

Official Form 6E (10/06) - Cont.

In re    **Alan Ira Wolf**
                                                                                      ,    Case No. _____
                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Justin A. Sheridan** | | | State of Illinois - Dept. of Labor Hearings Division - 06-001264 160 N. La Salle St., Ste. C-1300 Chicago, IL 60601 | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re **Alan Ira Wolf** _____,    Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3640-4748**  <br><br>**Illinois Department of Revenue**<br>**Bankrupcty Section/Level 7-425**<br>**100 West Randolph St.**<br>**Chicago, IL 60606** | - | | **1st Quarter 2006**<br><br>**Illinois Quarterly Withholding Income Tax - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 3,224.46 | 0.00<br><br>3,224.46 |
| Account No. **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**  <br><br>**Illinois Department of Revenue**<br>**Bankrupcty Section/Level 7-425**<br>**100 West Randolph St.**<br>**Chicago, IL 60606** | - | | **State Income Tax** | | | | Unknown | Unknown<br><br>0.00 |
| Account No. **4437426**  <br><br>**Illinois Dept. of Employment Securi**<br>**401 S. State Street**<br>**4th Floor**<br>**Chicago, IL 60605** | - | | **Unemployment Insurance Contributions This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 6,196.79 | 6,196.79<br><br>0.00 |
| Account No.  <br><br>**Representing:**<br>**Illinois Dept. of Employment Securi** | | | **GC Services Limited Partnership**<br>**Ref: 4437426**<br>**P.O. Box 79 (037)**<br>**Elgin, IL 60121** | | | | | |
| Account No.  <br><br>**Representing:**<br>**Illinois Dept. of Employment Securi** | | | **GS Services Limited Partnership**<br>**Ref: 4437426**<br>**P.O. Box 626**<br>**Elgin, IL 60121** | | | | | |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 6,196.79

(Total of this page) — 9,421.25    3,224.46

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re **Alan Ira Wolf** ,  Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20-2735483** | | | **1-1-06 thru 3-31-06** | | | | | |
| **Internal Revenue Service\*** **230 S. Dearborn St.** **Mail Stop 5010 CHI** **Chicago, IL 60604** | - | | **Form 941 Taxes - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | | **0.00** |
| | | | | | | | **29,224.89** | **29,224.89** |
| Account No. | | | | | | | | |
| **Representing:** **Internal Revenue Service\*** | | | **Internal Revenue Service** **Department of the Treasury** **Cincinnati, OH 45999** | | | | | |
| Account No. **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** | | | **Federal Income Taxes** | | | | | |
| **Internal Revenue Service\*** **230 S. Dearborn St.** **Mail Stop 5010 CHI** **Chicago, IL 60604** | - | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** |
| | | **29,224.89** / **29,224.89** |
| | Total (Report on Summary of Schedules) | **55,196.79** |
| | | **99,374.14** / **44,177.35** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06)

In re    **Alan Ira Wolf**
_____ ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Order #76054197** <br><br> **Ace Mart Restaurant Supply** <br> **2653 Austin Highway** <br> **San Antonio, TX 78218** | - | | **8/18/05** <br> **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.  This was an order placed, however the order was cancelled.** | X | X | X | 1,579.88 |
| Account No.  **00060-150023** <br><br> **ADP, Inc.** <br> **100 Northwest Point Blvd.** <br> **Elk Grove Village, IL 60007** | - | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 359.50 |
| Account No. <br><br> **Representing:** <br> **ADP, Inc.** | | | **ADP, Inc.** <br> **Chicago Region** <br> **P.o. Box 78415** <br> **Phoenix, AZ 85062** | | | | |
| Account No.  **01200 133248809** <br><br> **ADT Security Services, Inc.** <br> **P.O. Box 96175** <br> **Las Vegas, NV 89193** | - | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 1,620.03 |
| | | | | | Subtotal <br> (Total of this page) | | 3,559.41 |

__40__  continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:31036-070216   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**
_____,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: ADT Security Services, Inc.** | | | | **ADT** P.O. Box 551200 Jacksonville, FL 32255 | | | | |
| Account No. **Representing: ADT Security Services, Inc.** | | | | **ADT Security Services, Inc.** P.O. Box 371967 Pittsburgh, PA 15250 | | | | |
| Account No. **Representing: ADT Security Services, Inc.** | | | | **Law Offices of Barry Serota & Assoc** Case No.: 669688 P.O. Box 1008 Arlington Heights, IL 60006 | | | | |
| Account No. **19328** AdvanceMe, Inc. 600 TownPark Lane Suite 500 Kennesaw, GA 30144 | - | | | **Various** This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 46,941.82 |
| Account No. **Representing: AdvanceMe, Inc.** | | | | **Network1 Financial** Merch #: 3948000355501167 1501 Farm Credit Dr., Suite 1500 Mc Lean, VA 22102 | | | | |

Sheet no. __**1**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,941.82

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re      **Alan Ira Wolf**                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**AdvanceMe, Inc.** | | | | **Nickolaou, Michaels & Evans, Ltd.**<br>**Ref: 07M1 110265**<br>**7503 W. 56th St.**<br>**Summit, IL 60501** | | | | |
| Account No.<br><br>**Representing:**<br>**AdvanceMe, Inc.** | | | | **Stein & Rotman**<br>**Ref: Foodology, Inc. dba Banana Moo**<br>**105 West Madison Street**<br>**Chicago, IL 60602** | | | | |
| Account No. **5584-1897-0605-0527**<br><br>**Advanta Bank Corp.**<br>**P.O. Box 30715**<br>**Salt Lake City, UT 84130** | - | | | **Various**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **3,462.22** |
| Account No.<br><br>**Representing:**<br>**Advanta Bank Corp.** | | | | **Advanta Bank Corp.**<br>**P.O. Box 844**<br>**Spring House, PA 19477-0844** | | | | |
| Account No.<br><br>**Representing:**<br>**Advanta Bank Corp.** | | | | **Federated Financial Corporation**<br>**Ref: Advanta 5584189706050527**<br>**P.O. Box 2034**<br>**Farmington, MI 48333** | | | | |

Sheet no. __**2**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,462.22**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**  ,  Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Alisa Stein Cohen** 5225 Old Orchard Road Skokie, IL 60077 | - | | | | Deductible/Co-Payment for psychotherapy | | | | 75.00 |
| Account No. **2719** **Allstar Grease Filter Maintenence** P.O. Box 510 North Chicago, IL 60064 | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 156.00 |
| Account No. **3715-389489-61008** **American Express (Corresp)** P.O. Box 297812 Fort Lauderdale, FL 33329 | - | | | | Various This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 10,039.98 |
| Account No. **Representing:** American Express (Corresp) | | | | | Nationwide Credit Ref: CF8326 4740 N. State Road, Suite 108 Fort Lauderdale, FL 33319 | | | | |
| Account No. **Representing:** American Express (Corresp) | | | | | United Recovery Systems, LP Ref: 07267536 5800 N. Course Dr. Houston, TX 77072 | | | | |

Sheet no. __**3**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,270.98**

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**
_____,
Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**American Express (Corresp)** | | | | **United Recovery Systems, LP**<br>**Ref: 07267536**<br>**P.O. Box 722929**<br>**Houston, TX 77272-2929** | | | | |
| Account No. **372358704312000/37235870431101**<br><br>**American Express - Costco**<br>**P.O. Box 7863**<br>**Fort Lauderdale, FL 33329** | J | | | **Various**<br>**Credit Card** | | | | **4,217.29** |
| Account No. **3723-736279-01003**<br><br>**American Express Blue (Corresp)**<br>**P.O. Box 7863**<br>**Fort Lauderdale, FL 33329** | - | | | **Various**<br>**Credit Card** | | | | **1,980.98** |
| Account No.<br><br>**Representing:**<br>**American Express Blue (Corresp)** | | | | **NCO Financial Systems, Inc.**<br>**Ref: CID075182959017USD/CF0706**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | | |
| Account No.<br><br>**Representing:**<br>**American Express Blue (Corresp)** | | | | **NCO Financial Systems, Inc.**<br>**Ref: CID075182959017USD/CF0706**<br>**200 Vesey Street, 44th Fl.**<br>**New York, NY 10285** | | | | |

Sheet no. __4___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,198.27**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**
_____,   Case No. _____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3121237192 <br><br> **American Express Merchant Account** <br> **GC Services Limited Partnership** <br> **P.O. Box 475000 (047)** <br> **Jacksonville, FL 32247** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 101.12 |
| Account No. <br><br> **Representing:** <br> **American Express Merchant Account** | | | | **GC Services Limited Partnership** <br> Ref: 3121237192 <br> **P.O. Box 475000 (047)** <br> **Jacksonville, FL 32247** | | | | |
| Account No. **Inv. 1252** <br><br> **American Safe Technologies, Inc.** <br> **1925 Enterprise Ct.** <br> **Libertyville, IL 60048** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This debt appears to have been previously paid. | X | X | X | 341.25 |
| Account No. **505** <br><br> **Artisan Specialty Foods, Inc.** <br> **8121 Ogden Ave.** <br> **Lyons, IL 60534** | - | | | Feb. 2006 - Mar. 2006 <br> This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 2,137.30 |
| Account No. **1925** <br><br> **Assoc. Internal Medicine Physicians** <br> **c/o Medclaim** <br> **2800 N. sheridan Rd., Ste. 301** <br> **Chicago, IL 60657** | - | | | 11/16/05 <br> Medical | | | | 6.60 |

Sheet no. __5__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,586.27

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491-1300-8960-2767**<br><br>**AT&T Universal Card (Notice)**<br>**P.O. Box 44167**<br>**Jacksonville, FL 32231** | - | | **Various**<br>**Credit Card** | | | | **4,239.58** |
| Account No.<br><br>Representing:<br>**AT&T Universal Card (Notice)** | | | **Citibank Customer Service (Corresp)**<br>**Ref: 5491130089602767**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117** | | | | |
| Account No.<br><br>Representing:<br>**AT&T Universal Card (Notice)** | | | **Northland Group, Inc./Re:F13799126**<br>**P.O. Box 390905**<br>**Mail Code CBK1**<br>**Edina, MN 55439** | | | | |
| Account No. **57495**<br><br>**Axis Publishing Co.**<br>**P.O. Box 308**<br>**Janesville, WI 53547** | - | | **2/14/06**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **35.00** |
| Account No.<br><br>Representing:<br>**Axis Publishing Co.** | | | **Associated Collectors, Inc.**<br>**Ref: 1370317/57495**<br>**P.O. Box 1039**<br>**Janesville, WI 53547** | | | | |

Sheet no. __**6**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,274.58**

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                          ,          Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1614**  Badger Murphy Food Service P.O. Box 12440 Chicago, IL 60612 | - | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 9,368.09 |
| Account No. **4339-9300-0802-0382**  Bank of America (Corresp 2) P.O. Box 2463 Spokane, WA 99210 | - | | Various This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 7,602.31 |
| Account No.  Representing: Bank of America (Corresp 2) | | | Bonded Collection Corporation Ref: 5567288 29 E. Madison St., Ste. 1650 Chicago, IL 60602 | | | | |
| Account No. **4888-6031-1001-3281**  Bank of America (Corresp.) P.O. Box 53101 Phoenix, AZ 85072 | X | J | Various Credit Card | | | | 4,422.21 |
| Account No. **Inv. # 1196, 1207, 1215, 1113**  Benford Plumbing, Inc. 18091 W. Manitowoc Ct. Grayslake, IL 60030 | - | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 4,202.63 |

Sheet no. __**7**___ of __**40**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                25,595.24

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**                                                    ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **Bertram and Edith Wolf** <br> **575 Sanctuary Drive** <br> **Unit 203** <br> **Longboat Key, FL 34228** | - | | | **Personal Loan** <br><br><br><br><br> | | | | **5,000.00** |
| Account No. **01657** <br><br> **Brown, Kaplan & Liss, LLP** <br> **500 Davis St., Suite 502** <br> **Evanston, IL 60201** | - | | | **Accounting Services - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **500.00** |
| Account No. <br><br> **Brown, Kaplan & Liss, LLP** <br> **500 Davis St., Suite 502** <br> **Evanston, IL 60201** | - | | | **Accountant service fees - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **4,700.00** |
| Account No. **4115-0725-9760-4076** <br><br> **Capital One FSB (Main Corresp)** <br> **P.O. Box 30285** <br> **Salt Lake City, UT 84130** | - | | | **Various** <br> **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **2,233.87** |
| Account No. <br><br> **Representing:** <br> **Capital One FSB (Main Corresp)** | | | | **Capital One FSB** <br> **P.O. Box 60067** <br> **City Of Industry, CA 91716** | | | | |

Sheet no. __**8**__ of __**40**__ sheets attached to Schedule of      Subtotal         **12,433.87**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **Alan Ira Wolf**                                                          ,        Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Representing: Capital One FSB (Main Corresp)** | | | **NCO Financial Systems, Inc. Ref: 4115072597604076 P.O. Box 61247, Dept. 64 Virginia Beach, VA 23466** | | | | |
| Account No.  **Representing: Capital One FSB (Main Corresp)** | | | **Northland Group, Inc. Ref: F14437040 7831 Glenroy Rd., Ste. 350 Edina, MN 55439-3108** | | | | |
| Account No.  **Representing: Capital One FSB (Main Corresp)** | | | **Northland Group, Inc. Ref: F14437040 P.O. Box 390846 Edina, MN 55439** | | | | |
| Account No. **4862-3621-4963-8101**  **Capital One FSB (Main Corresp) P.O. Box 30285 Salt Lake City, UT 84130** | - | | **Various This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 500.00 |
| Account No. **4266-8801-3531-7390**  **Chase P.O. Box 15298 Wilmington, DE 19850** | - | | **Various Credit Card** | | | | 10,097.05 |

Sheet no. __9___ of __40___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,597.05**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4246-3151-2075-2975**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | - | | | **Various**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **9,243.98** |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | **Receivable Management Services**<br>**Claim No.: 288042484-3/288042484-M1**<br>**P.O. Box 20410**<br>**Bethlehem, PA 18025** | | | | |
| Account No.<br><br>**Representing:**<br>**Chase** | | | | **Receivable Management Services**<br>**Ref: 288042484-6**<br>**P.O. Box 20410**<br>**Bethlehem, PA 18025** | | | | |
| Account No. **4266-8801-3531-7390**<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | - | | | **Various**<br>**Credit Card** | | | | **9,455.14** |
| Account No. **4366-1630-4094-2415**<br><br>**Chase (Corresp.)**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | X | J | | **Various**<br>**Credit Card** | | | | **18,398.09** |

Sheet no. __10__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,097.21**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                                                   Case No. _____

                                                      ,
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **111000000689170561**<br><br>**Chase Bank**<br>**c/o Capital Management Services, LP**<br>**726 Exchange St., Ste. 700**<br>**Buffalo, NY 14210** | - | | | | **Chase Credit Card - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 925.56 |
| Account No.<br><br>**Representing:**<br>**Chase Bank** | | | | | **Capital Management Services, Inc.**<br>**Ref: 111000000689170561**<br>**726 Exchange St., Ste. 700**<br>**Buffalo, NY 14210** | | | | |
| Account No. **5401-6830-1648-9905**<br><br>**Chase Mastercard (Corresp.)**<br>**P.O. Box 15902**<br>**Wilmington, DE 19850** | | J | | | **Various**<br>**Credit Card (Formerly 5149-2253-3003-5944)** | | | | 7,435.88 |
| Account No. **022-05578**<br><br>**Cintas #22**<br>**1025 National parkway**<br>**Schaumburg, IL 60173** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 500.00 |
| Account No. **5424-1805-8380-0203**<br><br>**Citi Cards**<br>**P.O. Box 6000**<br>**The Lakes, NV 89163** | - | | | | **Various**<br>**Credit Card** | | | | 7,498.79 |

Sheet no. __11__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    16,360.23

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**                                                    , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Various Invoices** <br><br> **Classic Designs by Nike, Inc.** <br> **1546 North Clark, Suite 200** <br> **Chicago, IL 60610** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 4,242.28 |
| Account No. **Inv. 2501** <br><br> **Club Audio - Chicago** <br> **4520 N. Clarendon Ave., Suite708** <br> **Chicago, IL 60640** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 4,127.99 |
| Account No. **Various Invoices** <br><br> **Coca-Cola Enterprises Lakeshore Div** <br> **Park City Sales Center** <br> **2335 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This debt appears to have been previously paid. | X | X | X | 25.68 |
| Account No. **BAN** <br><br> **Collins Caviar Co.** <br> **113 York Street** <br> **Michigan City, IN 46360** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 410.00 |
| Account No. **27887 9017 20006 1459** <br><br> **Com Ed** <br> **Attn:  Credit Dept.** <br> **2100 Swift Dr.** <br> **Oak Brook, IL 60523** | - | | | | Ongoing monthly utility | | | | 18.88 |

Sheet no. __**12**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,824.83**

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3427022047**<br><br>**Com Ed**<br>**Attn:  Credit Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | - | | **Utility services for Foodology, Inc. d/b/a Banana Moon.  This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **1,187.09** |
| Account No.<br><br>**Representing:**<br>**Com Ed** | | | **Harvard Collection Services**<br>**ID#9933297/Client#3427022047**<br>**4839 N. Elston Ave.**<br>**Chicago, IL 60630** | | | | |
| Account No. **8798 10 120 0452378**<br><br>**Comcast**<br>**2508 W. Route 120**<br>**Mchenry, IL 60050** | - | | **Ongoing cable** | | | | **38.90** |
| Account No. **Inv. #14**<br><br>**Deal Me In Marketing**<br>**P.O. Box 305**<br>**Northbrook, IL 60065** | - | | **2/5/06**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **150.00** |
| Account No. **6435**<br><br>**DeNormandie**<br>**7780 S. Dante Avenue**<br>**Chicago, IL 60619** | - | | **Various**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **1,531.37** |

Sheet no. __**13**__ of __**40**__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,907.36**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6435**<br><br>DeNormandie<br>7780 S. Dante Avenue<br>Chicago, IL 60619 | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.<br>    Subject to setoff. | X | X | X | 4,581.05 |
| Account No. **BANANAM948**<br><br>Dependable Fire Equipment<br>60 Lebaron<br>Waukegan, IL 60085 | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 179.54 |
| Account No. **037978994**<br><br>DirectTV, Inc.<br>Business Service Center<br>P.O. Box 5392<br>Miami, FL 33152 | - | | | | Monthly<br>This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 265.74 |
| Account No.<br><br>Representing:<br>DirectTV, Inc. | | | | | Nationwide Credit, Inc.<br>Ref: ID 7867959/Acct 37978994<br>2015 Vaughn Rd. NW, Ste. 400<br>Kennesaw, GA 30144-7802 | | | | |
| Account No.<br><br>Representing:<br>DirectTV, Inc. | | | | | Oxford Management Services<br>Ref:  Claim #10447845<br>P.O. Box 18060<br>Hauppauge, NY 11788 | | | | |

Sheet no. __14__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **5,026.33**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf** _____,   Case No. _____

_____Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6011-0079-6017-9330** | - | | | | **Various** **Credit Card** | | | | |
| **Discover Card (Notice)** **P.O. Box 15192** **Wilmington, DE 19850** | | | | | | | | | **13,108.75** |
| Account No. **Representing:** **Discover Card (Notice)** | | | | | **Baker, Miller, Markoff & Krasny** **Ref: 07-00454-0** **29 N. Wacker Drive, 5th Fl.** **Chicago, IL 60606** | | | | |
| Account No. **Representing:** **Discover Card (Notice)** | | | | | **Discover Financial Services** **Ref: 6011007960179330** **P.O. Box 3025** **New Albany, OH 43054** | | | | |
| Account No. **190689** **DMX Music** **600 Congress Avenue** **Suite 1400** **Austin, TX 78701** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **669.00** |
| Account No. **43846** **E-J Industries, Inc.** **1275 S. Campbell Ave.** **Chicago, IL 60608** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **9,787.00** |

Sheet no. __**15**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,564.75**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                    ,        Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **019747878** <br><br> **Ecolab** <br> **P.O. Box 70343** <br> **Chicago, IL 60673** | - | | | | **4/1/06** <br> **Dish Machine Rental - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **3,953.84** |
| Account No. <br><br> **Representing:** <br> **Ecolab** | | | | | Receivables Control Corporation <br> Ref: Ecolab 19747878 <br> 7373 Kirkwood Court, Ste. 200 <br> Minneapolis, MN 55369 | | | | |
| Account No. <br><br> **Representing:** <br> **Ecolab** | | | | | Receivables Control Corporation <br> Ref: Ecolab 19747878 <br> P.O. Box 9658 <br> Minneapolis, MN 55440 | | | | |
| Account No. **BANA0020-0001** <br><br> **Ecolab Pest Elimination** <br> **P.O. Box 6007** <br> **Grand Forks, ND 58206** | - | | | | **Various Service Dates** <br> **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **465.00** |
| Account No. **19557614** <br><br> **Edward Don & Company** <br> **2500 S. Harlem Avenue** <br> **North Riverside, IL 60546** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **6,193.30** |

Sheet no. __**16**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,612.14**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Alan Ira Wolf** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **08480**<br><br>**Empire Cooler Service, Inc.**<br>**940 W. Chicago Ave.**<br>**Chicago, IL 60622** | - | | | | Various<br>**Ice Machine Rental - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 450.00 |
| Account No. **25752**<br><br>**European Imports, Ltd.**<br>**2475 N. Elston Avenue**<br>**Chicago, IL 60647** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 2,102.88 |
| Account No.<br><br>**Representing:**<br>**European Imports, Ltd.** | | | | | American Credit Systems, Inc.<br>Ref: European Imports 25752<br>P.O. Box 72849<br>Roselle, IL 60172 | | | | |
| Account No. **007521347-5280 EC**<br><br>**Evanston Northwestern Healthcare**<br>**Hospital Billing**<br>**23056 Network Pl.**<br>**Chicago, IL 60673** | - | | | | 10/7/05<br>**Medical** | | | | 778.00 |
| Account No. **201504362-6027**<br><br>**Evanston Northwestern Healthcare**<br>**Hospital Billing**<br>**23056 Network Pl.**<br>**Chicago, IL 60673** | - | | | | 1/27/06<br>**This is a worker's compensation claim. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This claim is covered under Worker's Compensation insurance** | X | X | X | 600.30 |

Sheet no. __**17**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,931.18

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                          ,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Evanston Northwestern Healthcare** | | | | **Evanston Northwestern Healthcare**<br>**Dept. 77-9532**<br>**Chicago, IL 60678** | | | | |
| Account No.<br><br>**Representing:**<br>**Evanston Northwestern Healthcare** | | | | **Gregory Seddens**<br>**227 High St.**<br>**Highwood, IL 60040** | | | | |
| Account No. **5490-3559-9935-2341**<br><br>**FIA Card Services, N.A.**<br>**Wolpoff & Abramson, LLP**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850** | - | | | **Credit Card - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 22,681.72 |
| Account No.<br><br>**Representing:**<br>**FIA Card Services, N.A.** | | | | **Wolpoff & Abramson, LLP**<br>**File: 166187396/FA0612000858258**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850** | | | | |
| Account No. **4988-8200-0209-2160**<br><br>**First Equity Card Corp.**<br>**P.O. Box 84075**<br>**Columbus, GA 31901** | - | | | **Various**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 8,957.69 |

Sheet no. __18__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,639.41

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                                    ,          Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **Representing:** **First Equity Card Corp.** | | | | | LHR, Inc. Ref: 4988820002092160 6341 Inducon Drive East Sanborn, NY 14132 | | | | |
| Account No. **BANA10** **Fortune Fish Company** 35094 Eagle Way Chicago, IL 60678 | | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 812.11 |
| Account No. **2316** **Fred W. Losch Beverage Co.** 436 Park Avenue Lake Villa, IL 60046 | | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 75.06 |
| Account No. **Banana** **Geo. J. Conille & Sons, Inc.** 3232 South Kolin Avenue Chicago, IL 60623 | | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 11,564.95 |
| Account No. **Representing:** **Geo. J. Conille & Sons, Inc.** | | | | | Receivable Recovery Specialists Ref: 3083-1 P.O. Box 197 Bensenville, IL 60106-0197 | | | | |

Sheet no. __19__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,452.12

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                                            ,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 99483<br><br>**Great Lakes Wine Company**<br>**450 North York Road**<br>**Bensenville, IL 60106** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This debt appears to have been previously paid. | X | X | X | **Unknown** |
| Account No. 5582<br><br>**Guy Viti Insurance Agency, Inc.**<br>**445 Sheridan Road**<br>**P.O. Box 699**<br>**Highwood, IL 60040** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | **250.00** |
| Account No. 9481100<br><br>**Heritage Wine Cellars, Ltd.**<br>**6600 W. Howard St.**<br>**Niles, IL 60714** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This debt appears to have been previously paid. | X | X | X | **Unknown** |
| Account No. B165<br><br>**Highland Baking Co.**<br>**3665 West Lunt Ave.**<br>**Lincolnwood, IL 60712** | - | | | | Various<br>This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | **25.33** |
| Account No. 000000689170561<br><br>**JPMorgan Chase Bank, N.A.**<br>**Illinois Market**<br>**P.O. Box 260180**<br>**Baton Rouge, LA 70826** | - | | | | Bank Account - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | **925.56** |

Sheet no. __20__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,200.89**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**                                                              Case No. _____
                                             ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Representing: JPMorgan Chase Bank, N.A. | | | | Primary Financial Services Ref: 111000000689170561 3115 N. 3rd Ave., Ste. 113 Phoenix, AZ 85013 | | | | |
| Account No. **IWL 013995 LIC 06068977** Judge & Dolph, Ltd. 1925 Busse Rd. Elk Grove Village, IL 60007 | - | | | Various This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 1,272.62 |
| Account No. Representing: Judge & Dolph, Ltd. | | | | Abrams & Abrams Ref: 06040039 75 E. Wacker Dr., Ste. 320 Chicago, IL 60601 | | | | |
| Account No. Representing: Judge & Dolph, Ltd. | | | | Judge & Dolph, Ltd. 1501 Michael Dr. Wood Dale, IL 60191 | | | | |
| Account No. Kirby Limited Partnership d/b/a Deerfield Square Limited Partnershi 740 N. Waukegan Rd., Ste. 400 Deerfield, IL 60015 | - | | | 6/21/05 Leased premises at 730 Waukegan Rd., Deerfield, IL. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 53,930.89 |

Sheet no. __21__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **55,203.51**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                    ,   Case No. _____

_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **Representing: Kirby Limited Partnership d/b/a** | | | | Howard C. Emmerman Beermann Swerdlove, LLP 161 N. Clark St., Ste. 2600 Chicago, IL 60601 | | | | |
| Account No. **238400** **Kloss Distributing 1333 Northwestern Avenue Gurnee, IL 60031** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan may not have personal liability. This debt appears to have previously paid. | X | X | X | 73.25 |
| Account No. **199320** **L & L Packing Company 527 W. 41st Street Chicago, IL 60609** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. The lawsuit involving this creditor was settled & paid the full settlement amount. Creditor listed for purposes of any deficiency claim | X | X | X | 2,597.78 |
| Account No. **Representing: L & L Packing Company** | | | | Pamela McLean Meyerson 151 North Harvey Avenue Oak Park, IL 60302 | | | | |
| Account No. **2617-12-3782** **Lake County Health Department Environmental Health Services 3010 Grand Avenue Waukegan, IL 60085** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 105.00 |

Sheet no. **22** of **40** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,776.03**

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                                  Case No. _____
                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15 11882**<br><br>**Lakeside Psychology**<br>**2213 Lakeside Drive**<br>**Deerfield, IL 60015** | - | | December 2005<br>Medical | | | | 33.00 |
| Account No.<br><br>Representing:<br>**Lakeside Psychology** | | | **Lakeside Psychology**<br>**1175 Devin Dr., Suite 336**<br>**Norton Shores, MI 49441** | | | | |
| Account No. **Various invoices**<br><br>**Lencioni Wholesale Meats, Inc.**<br>**1000 Brown Street**<br>**Suite 205**<br>**Wauconda, IL 60084** | - | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 505.29 |
| Account No.<br><br>**Lesley Harling**<br>**131 Lilac Ln.**<br>**Buffalo Grove, IL 60089** | - | | 1-16-06<br>This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 19,678.29 |
| Account No. **Inv. 13155**<br><br>**Lion Distributors**<br>**3019 Commercial Ave.**<br>**Northbrook, IL 60062** | - | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 419.98 |

Sheet no. __23__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                20,636.56

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**
_____,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **26644**<br><br>**Louis Glunz Wines, Inc.**<br>**466 Diens Drive**<br>**Wheeling, IL 60090** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 435.12 |
| Account No. **Banana Moon**<br><br>**Making Glass Studio & Gallery**<br>**1490 Old Deerfield Rd., Unit 18**<br>**Highland Park, IL 60035** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 5,015.00 |
| Account No. **730000**<br><br>**Marcat, Inc. d/b/a Anmar Foods**<br>**2150 W. Carroll Avenue**<br>**Chicago, IL 60612** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 2,259.36 |
| Account No.<br><br>**Representing:**<br>**Marcat, Inc. d/b/a Anmar Foods** | | | | Marcat Inc. d/b/a Anmar Foods<br>c/o Atlas & Leviton-Ref: 2603066.00<br>P.O. Box 894<br>Glenview, IL 60025 | | | | |
| Account No. **324034**<br><br>**Marlin Leasing**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101** | - | | | POS System. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 19,490.34 |

Sheet no. __24__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,199.82

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                          ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **3-246-367-308** <br><br> **Marshall Fields (Corresp.)** <br> **P.O. Box 8098** <br> **Lorain, OH 44055** | J | | | | **Various** <br> **Credit Card** | X | X | X | 1,222.79 |
| Account No. **50538** <br><br> **Maverick Wine Co., LLC** <br> **1231 N. Ellis St.** <br> **Bensenville, IL 60106** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 584.00 |
| Account No. **5490-3552-1887-3549** <br><br> **MBNA America (Corresp)** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850** | - | | | | **Various** <br> **Credit Card** | | | | 18,615.50 |
| Account No. <br><br> **Representing:** <br> **MBNA America (Corresp)** | | | | | **National Arbitration Forum** <br> **File No. FA0612000858258** <br> **P.O. Box 50191** <br> **Minneapolis, MN 55405** | | | | |
| Account No. <br><br> **Representing:** <br> **MBNA America (Corresp)** | | | | | **Wolpoff & Abramson, LLP** <br> **File: 166187396** <br> **702 King Farm Blvd.** <br> **Rockville, MD 20850** | | | | |

Sheet no. __25__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,422.29

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3818172**<br><br>**McMaster Carr**<br>**P.O. Box 7690**<br>**Chicago, IL 60680** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | |
| | | | | | | | | | 340.74 |
| Account No.<br><br>**Representing:**<br>**McMaster Carr** | | | | | **Biehl & Biehl, Inc.**<br>**Ref: 3818172 McMaster Carr**<br>**P.O. Box 66415**<br>**Chicago, IL 60666-0415** | | | | |
| Account No. **729586**<br><br>**Michael Maysilles (REF: 729586)**<br>**c/o Performance Source II, Ltd.**<br>**5097 N. Elston Ave., Suite 300**<br>**Chicago, IL 60630** | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | |
| | | | | | | | | | 38,500.00 |
| Account No.<br><br>**Representing:**<br>**Michael Maysilles (REF: 729586)** | | | | | **Performance Source II, Ltd.**<br>**Ref: 729586**<br>**P.O. Box 300783**<br>**Chicago, IL 60630** | | | | |
| Account No.<br><br>**Michael Wolf**<br>**1420 Sheridan Road**<br>**Highland Park, IL 60035** | - | | | | **9-19-05**<br>This is a debt of Foodology, Inc. d/b/a Banana Moon which Alan Wolf may or may not have personal liability. | X | X | X | |
| | | | | | | | | | 11,000.00 |

Sheet no. __26__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,840.74**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                    ,        Case No. _____

                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael Wolf** <br> **1420 Sheridan Rd.** <br> **Highland Park, IL 60035** | - | | **Personal Loan** | | | | <br><br><br> **5,000.00** |
| Account No. **247184** <br><br> **Micros** <br> **7031 Columbia Gateway Drive** <br> **Columbia, MD 21046** | - | | **Various** <br> **POS Equipment.  This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | <br><br><br> **5,900.00** |
| Account No. **Banana Moon** <br><br> **Modern Career Apparel** <br> **71 W. Seegers Rd.** <br> **Arlington Heights, IL 60005** | - | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | <br><br><br> **881.42** |
| Account No. **04 8103 79326 0** <br><br> **Neiman Marcus (Corresp)** <br> **P.O. Box 720848** <br> **Dallas, TX 75372** | - | | **Various** <br> **Credit Card** | | | | <br><br><br> **659.53** |
| Account No. <br><br> **Representing:** <br> **Neiman Marcus (Corresp)** | | | **Account Solutions Group, LLC** <br> **Ref: 6194140/0000048103793260** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | | |

Sheet no. __**27**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **12,440.95**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                        ,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Representing:** <br> **Neiman Marcus (Corresp)** | | | | | **Arrow Financial Services** <br> **Ref: Neiman Marcus 48103793260** <br> **5996 W. Touhy Avenue** <br> **Niles, IL 60714** | | | | |
| Account No. <br><br> **Representing:** <br> **Neiman Marcus (Corresp)** | | | | | **HSBC NV - 48103793260** <br> **1441 Schilling Pl.** <br> **Salinas, CA 93901** | | | | |
| Account No. <br><br> **North Shore Distillery, LLC** <br> **P.O. Box 279** <br> **Lake Bluff, IL 60044** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. This debt appears to have been previously paid.** | X | X | X | 276.00 |
| Account No. **8736183** <br><br> **Northwestern Mutual Life** <br> **P.O. Box 3009** <br> **Milwaukee, WI 53201** | - | | | | **Life Insurance** | | | | 280.00 |
| Account No. **CED 06-1062; NWS 332122** <br><br> **NWS, Inc. d/b/a Union Beverage Co.** <br> **c/o Catherine Elliott-Dunne** <br> **P.O. Box 10371** <br> **Chicago, IL 60610** | - | | | | **Various** <br> **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 1,034.32 |

Sheet no. __28__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **1,590.32**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**                                                          ,     Case No. _____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Representing: <br> NWS, Inc. d/b/a Union Beverage Co. | | | | NWS, Inc. d/b/a Union Beverage Co. <br> 2600 W. 35th St. <br> Chicago, IL 60632 | | | | |
| Account No. <br><br> Representing: <br> NWS, Inc. d/b/a Union Beverage Co. | | | | NWS, Inc. d/b/a Union Beverage Co. <br> 3104 Farber Dr. <br> Champaign, IL 61821 | | | | |
| Account No. 6011-5686-0045-0654 <br><br> Office Depot (Corresp) <br> P.O. Box 689182 <br> Des Moines, IA 50368 | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | <br><br> 2,828.73 |
| Account No. <br><br> Representing: <br> Office Depot (Corresp) | | | | Office Depot Credit Plan <br> P.O. Box 9020 <br> Des Moines, IA 50368 | | | | |
| Account No. <br><br> Representing: <br> Office Depot (Corresp) | | | | Vengroff, Williams & Associates <br> Ref: 2007163 <br> P.O. Box 4155 <br> Sarasota, FL 34230 | | | | |

Sheet no. __29__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,828.73**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                                                    , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5103**<br><br>**Open Table, Inc.**<br>**799 Market, 4th Floor**<br>**San Francisco, CA 94103** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 1,149.67 |
| Account No. **1983600 S**<br><br>**Opex Communications, Inc.**<br>**c/o Premiercom**<br>**P.O. Box 707**<br>**Elk Grove Village, IL 60009** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 22.96 |
| Account No. **7741**<br><br>**Paintcraft, Inc.**<br>**1843 W. Grand Ave.**<br>**Chicago, IL 60622** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 2,280.00 |
| Account No. **008970**<br><br>**Party Linens by De Normandie**<br>**7780 S. Dante Ave.**<br>**Chicago, IL 60619** | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 63.00 |
| Account No. **Lease 203954**<br><br>**Pawnee Leasing Corporation**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** | X - | | | 9/9/05<br>Personal Guarantor on Foodology, Inc. d/b/a Banana Moon Equipment Lease. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 30,298.84 |

Sheet no. __**30**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,814.47

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                      ,         Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> **Pawnee Leasing Corporation** | | | **Kingswood Leasing** <br> **P.O. Box 729** <br> **Wolfeboro Falls, NH 03896** | | | | |
| Account No. <br><br> Representing: <br> **Pawnee Leasing Corporation** | | | **TimePayment Corp.** <br> **P.O. Box 3069** <br> **Woburn, MA 01888** | | | | |
| Account No. <br><br> Representing: <br> **Pawnee Leasing Corporation** | | | **TimePayment Corp. (Corresp)** <br> **10-M Commerce Way** <br> **Woburn, MA 01801** | | | | |
| Account No. **081578312-013913977** <br><br> **PEI-AMS Direct** <br> **7020 High Grove Blvd.** <br> **Burr Ridge, IL 60527** | - | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 364.40 |
| Account No. <br><br> Representing: <br> **PEI-AMS Direct** | | | **PFG of Minnesota** <br> **Ref: OK0051** <br> **7825 Washington Ave S., Ste. 410** <br> **Minneapolis, MN 55439-2409** | | | | |

Sheet no. __31__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    364.40

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                              ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5 5000 4378 2530**  People's Energy Attn: Bankruptcy Department 130 E. Randolph, 17th Floor Chicago, IL 60601 | - | | | Ongoing residential utility service | | | | 20.06 |
| Account No. **0 5000 4355 3277**  People's Energy Attn: Bankruptcy Department 130 E. Randolph, 17th Floor Chicago, IL 60601 | - | | | Utility service for Foodology, Inc. d/b/a Banana Moon. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 2,001.31 |
| Account No.  Representing: People's Energy | | | | ACC International Ref: 769836/0500043553277/02/002 919 Estes Court Schaumburg, IL 60193 | | | | |
| Account No.  Peter Ward 2644 W. Pratt Blvd. Unit 2 Chicago, IL 60645 | - | | | 12-29-05 This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 5,000.00 |
| Account No. **Banana Moon**  Platinum Distributing, Inc. 400 Central Ave., Suite 320 Northfield, IL 60093 | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 600.00 |

Sheet no. __32__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,621.37**

Official Form 6F (10/06) - Cont.

In re **Alan Ira Wolf** , Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **178977**<br><br>Premium Assignment Corp.<br>P.O. Box 3100<br>Tallahassee, FL 32315 | - | | | | Insurance - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 14,261.83 |
| Account No.<br><br>Representing:<br>Premium Assignment Corp. | | | | | ProHost USA, Inc.<br>Ref: PAC5633078<br>4500 Park Glen Rd., Ste. 410<br>Minneapolis, MN 55416 | | | | |
| Account No. **13184020-2**<br><br>Progressive Direct<br>P.O. Box 31260<br>Morton Grove, IL 60053 | - | | | | Ongoing monthly auto insurance | | | | 144.00 |
| Account No. **76511**<br><br>Rewards Network<br>2 N. Riverside Plaza, Suite 950<br>Chicago, IL 60606 | - | | | | Various<br>This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 25,000.00 |
| Account No. **Banana Moon**<br><br>RR Public Relations, Inc.<br>2220 W. Dickens Ave.<br>Chicago, IL 60647 | - | | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 2,500.00 |

Sheet no. __**33**__ of __**40**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,905.83

Official Form 6F (10/06) - Cont.

In re __Alan Ira Wolf__ ,
Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **716808**<br><br>Sara Lee Coffee & Tea<br>P.O. Box 93354<br>Chicago, IL 60673 | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 3,164.98 |
| Account No.<br><br>Representing:<br>Sara Lee Coffee & Tea | | | | CST Co., Inc.<br>Ref: 6K15414-41<br>P.O. Box 33127<br>Louisville, KY 40232 | | | | |
| Account No.<br><br>Representing:<br>Sara Lee Coffee & Tea | | | | Stein & Rotman<br>Ref: 060684/Banana Moon<br>105 West Madison Street<br>Chicago, IL 60602 | | | | |
| Account No. **10020112215**<br><br>SBC/AT&T<br>Bill Payment Center<br>Chicago, IL 60663 | - | | | Various<br>This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 605.00 |
| Account No.<br><br>Representing:<br>SBC/AT&T | | | | Collection Bureau of America<br>Ref: SB193361<br>P.O. Box 5013<br>Hayward, CA 94540 | | | | |

Sheet no. __34__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,769.98

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                    ,    Case No. _____

                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 847-948-1100 618 0<br><br>**SBC/AT&T***<br>**Law Department**<br>**225 W. Randolph, Suite 27A**<br>**Chicago, IL 60606** | - | | | | **Monthly restaurant utility**<br>**This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **512.20** |
| Account No.<br><br>Representing:<br>**SBC/AT&T*** | | | | | **Allen Law Group, LLP**<br>**Ref: 50162755/SBC8479481100618**<br>**50 Airport Parkway, Ste. 100A**<br>**San Jose, CA 95110** | | | | |
| Account No.<br><br>Representing:<br>**SBC/AT&T*** | | | | | **Allied Interstate**<br>**Ref: 10268628/84794811006180**<br>**3000 Corporate Exchange Dr., 5th Fl**<br>**Columbus, OH 43231** | | | | |
| Account No. 29713-5<br><br>**Southern Wine & Spirits of Illinois**<br>**300 East Crossroads Parkway**<br>**Bolingbrook, IL 60440** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **2,802.86** |
| Account No.<br><br>Representing:<br>**Southern Wine & Spirits of Illinois** | | | | | **Southern Wine & Spirits of Illinois**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674** | | | | |

Sheet no. __35__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         **3,315.06**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Alan Ira Wolf**                                      , Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **0565124901-5**  Sprint Customer Service (Corresp) P.O. Box 8077 London, KY 40742 | - | | | Cell Phone | | | | 1,408.15 |
| Account No.  Representing: **Sprint Customer Service (Corresp)** | | | | Receivables Performance Management Ref:  5157370 1930 220th St. SE, Ste. 101 Bothell, WA 98021 | | | | |
| Account No. **3612**  Superior Knife, Inc. 8120 N. Central Ave. Skokie, IL 60076 | - | | | Various This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 154.60 |
| Account No. **Banana Moon**  Superior Refrigeration 30333 North Fairfield Rd. Grayslake, IL 60030 | - | | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | | | | 169.23 |
| Account No.  Susan Swartz 349 Marshman Highland Park, IL 60035 | - | | | Personal Loan | | | | 1,000.00 |

Sheet no. __**36**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,731.98

Official Form 6F (10/06) - Cont.

In re    **Alan Ira Wolf**                                                         ,    Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **453407** <br><br> **Sysco Food Services - Chicago, Inc.** <br> **250 Wieboldt Dr.** <br> **Des Plaines, IL 60016** | - | | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon which Sysco alleges Alan Wolf personally guaranteed.** | X | X | X | 7,918.70 |
| Account No. <br><br> **Representing:** <br> **Sysco Food Services - Chicago, Inc.** | | | | | **Sysco Food Services** <br> **c/o McMahan & Sigunick, Ltd.** <br> **216 W. Jackson Blvd., Ste. 900** <br> **Chicago, IL 60606** | | | | |
| Account No. <br><br> **Representing:** <br> **Sysco Food Services - Chicago, Inc.** | | | | | **Sysco Food Services - Chicago, Inc.** <br> **P.O. Box 5037** <br> **Des Plaines, IL 60017** | | | | |
| Account No. **25106** <br><br> **Taylor Chicago Distributors** <br> **843 Cambridge Drive** <br> **Elk Grove Village, IL 60007** | - | | | | **9/12/05** <br> **Batch Freezer - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 4,320.00 |
| Account No. **Inv. FC2619** <br><br> **TeamCo International** <br> **1130 Lake Cook Rd., Suite 130** <br> **Buffalo Grove, IL 60089** | - | | | | **12/30/05** <br> **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 475.75 |

Sheet no. __**37**__ of __**40**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,714.45**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Alan Ira Wolf__ , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Banana Moon** <br><br> Teodora Bailey <br> 215 E. Chestnut, #202 <br> Chicago, IL 60611 | | - | | Bookkeeping services - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 300.00 |
| Account No. **Unit 816** <br><br> The Lock Up Storage Centers <br> 1505 Old Deerfield Rd. <br> Highland Park, IL 60035 | | - | | This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 162.00 |
| Account No. **BANA00** <br><br> The Seafood Merchants, Ltd. <br> 900 Forest Edge Dr. <br> Vernon Hills, IL 60061 | | - | | 10/22/05 - 3-25-06 <br> This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 14,914.60 |
| Account No. **30034896** <br><br> TimePayment Corp. <br> P.O. Box 3069 <br> Woburn, MA 01888 | | - | | Equipment Lease - This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability. | X | X | X | 21,110.01 |
| Account No. <br><br> Representing: <br> TimePayment Corp. | | | | Leasecomm <br> Ref: 30034896 <br> 10M Commerce Way <br> Woburn, MA 01801 | | | | |
| Sheet no. __38__ of __40__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | | 36,486.61 |

Official Form 6F (10/06) - Cont.

In re   **Alan Ira Wolf**                                                                   Case No. _____

                                                    ,
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: TimePayment Corp.** | | | | **Matek Law Offices, P.C. Ref: 06-08-00062 77 West Washington, Ste. 1313 Chicago, IL 60602** | | | | |
| Account No. **2711-29971 and 2711-29910** **Tri-Star Mechanical Services, Inc. 114 Joey Drive Elk Grove Village, IL 60007** | - | | | **3/30/06 and 4/15/06** **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 930.20 |
| Account No. **00823** **True World Foods, Inc. 950 Chase Avenue Elk Grove Village, IL 60007** | - | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | **Unknown** |
| Account No. **61-2433** **Village of Deerfield 850 Waukegan Rd. Deerfield, IL 60015** | - | | | **Utility service for Foodology, Inc. d/b/a Banana Moon. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 391.85 |
| Account No. **0304260** **Vintage Wines 242 Beinoris Drive Wood Dale, IL 60191** | - | | | **This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | X | X | X | 739.00 |

Sheet no. __39__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,061.05

Official Form 6F (10/06) - Cont.

In re __Alan Ira Wolf_____,      Case No. _____
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4465-4201-0420-4862** **Wells Fargo Bank Visa (Corresp)** **P.O. Box 522** **Des Moines, IA 50302** | - | | **Various** **Credit Card** | | | | **16,703.65** |
| Account No. **Representing:** **Wells Fargo Bank Visa (Corresp)** | | | **Wells Fargo Card Services** **P.O. Box 10347** **Des Moines, IA 50306** | | | | |
| Account No. **Representing:** **Wells Fargo Bank Visa (Corresp)** | | | **Wells Fargo Card Services** **P.O. Box 9210** **Des Moines, IA 50306** | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __40__ of __40__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **16,703.65** |
| Total (Report on Summary of Schedules) | | **633,963.96** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re    **Alan Ira Wolf**                                                                          ,          Case No. _____

_____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **The Wheatlands Properties**<br>**1225 Deerfield Parkway**<br>**Buffalo Grove, IL 60089** | **Residential Lease**<br>**Begin date 4/4/06**<br>**Expiration date 4/15/07** |

      **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Alan Ira Wolf**                                                                                     ,      Case No. _____
                                                                Debtor

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amelia Wolf**<br>**9101 Meade Avenue**<br>**Morton Grove, IL 60053** | **Chase (Corresp.)**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** |
| **Amelia Wolf**<br>**9101 Meade Avenue**<br>**Morton Grove, IL 60053** | **Bank of America (Corresp.)**<br>**P.O. Box 53101**<br>**Phoenix, AZ 85072** |
| **Amelia Wolf**<br>**9101 Meade Avenue**<br>**Morton Grove, IL 60053**<br>   **Signed as Guarantor on Pawnee Lease** | **Pawnee Leasing Corporation**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** |
| **Foodology, Inc. d/b/a Banana Moon**<br>**2033 Milwaukee Ave., Ste. 175**<br>**Riverwoods, IL 60015** | **Pawnee Leasing Corporation**<br>**700 Centre Avenue**<br>**Fort Collins, CO 80526** |

   **0**___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Official Form 6I (10/06)

In re **Alan Ira Wolf**                                                    Case No. _____
                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**10** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Chef** | |
| Name of Employer | **Renaissance Chicago O'Hare Hotel** | |
| How long employed | **3 months** | |
| Address of Employer | **8500 W. Bryn Mawr Ave.**<br>**Chicago, IL 60631** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 3,864.35 | $ N/A |
| 2. Estimate monthly overtime | | $ 0.00 | $ N/A |
| 3. SUBTOTAL | | $ 3,864.35 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 966.30 | $ N/A |
| b. Insurance | | $ 0.00 | $ N/A |
| c. Union dues | | $ 0.00 | $ N/A |
| d. Other (Specify): _____ | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 966.30 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 2,898.05 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ N/A |
| 8. Income from real property | | $ 0.00 | $ N/A |
| 9. Interest and dividends | | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ N/A |
| 11. Social security or government assistance | | | |
| (Specify): _____ | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 12. Pension or retirement income | | $ 0.00 | $ N/A |
| 13. Other monthly income | | | |
| (Specify): _____ | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 2,898.05 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported in line 15) | | $ 2,898.05 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document: **Debtor has only been employed for three months, January, 2007. Five months prior to January, 2007, Debtor was unemployed. Income listed on Schedule I, are the current wages the Debtor earns from employment. Debtor made no wages from September, 2006 through December 31, 2006.**

Official Form 6J (10/06)

In re  **Alan Ira Wolf**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐　Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,025.00 |
| a. Are real estate taxes included?　　　　Yes ___　　　No __X__ | | |
| b. Is property insurance included?　　　　Yes ___　　　No __X__ | | |
| 2. Utilities:　　a. Electricity and heating fuel | $ | 60.00 |
| 　　　　　　　b. Water and sewer | $ | 25.00 |
| 　　　　　　　c. Telephone | $ | 75.00 |
| 　　　　　　　d. Other  **Cable/Internet** | $ | 99.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| 　　　　　　　a. Homeowner's or renter's | $ | 0.00 |
| 　　　　　　　b. Life | $ | 140.00 |
| 　　　　　　　c. Health | $ | 0.00 |
| 　　　　　　　d. Auto | $ | 100.00 |
| 　　　　　　　e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| 　　　　　　　(Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| 　　　　　　　a. Auto | $ | 300.00 |
| 　　　　　　　b. Other | $ | 0.00 |
| 　　　　　　　c. Other | $ | 0.00 |
| 　　　　　　　d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 250.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 500.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Education expense for child under 18** | $ | 100.00 |
| 　　　Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,449.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.　Average monthly income from Line 15 of Schedule I | $ | 2,898.05 |
| b.　Average monthly expenses from Line 18 above | $ | 3,449.00 |
| c.　Monthly net income (a. minus b.) | $ | -550.95 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alan Ira Wolf**                Case No. _____

                       Debtor(s)            Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**60**___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 29, 2007**               Signature   **/s/ Alan Ira Wolf**

                                              **Alan Ira Wolf**
                                              Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Alan Ira Wolf**

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,826.00** | **Approximate YTD 2007 Wages from Employment** |
| **$6,923.07** | **YTD 2006 - Wages from Banana Moon Restaurant** |
| **$4,000.00** | **2005 Wages from Banana Moon Restaurant** |
| **$6,000.00** | **2005 income from Rubin Family** |
| **$40,000.00** | **2004 Income from Rubin Family** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AUM | Ongoing monthly water utility 1/16/07 $24.49 - Online payment 12/15/06 $24.26 - Online payment 11/17/06 $24.57 - Online payment | $73.32 | $0.00 |
| People's Energy Attn: Bankruptcy Department 130 E. Randolph, 17th Floor Chicago, IL 60601 | Ongoing monthly gas utility 1/31/07 $21.52 Online payment 12/18/06 $20.29 Online payment | $41.81 | $0.00 |
| T-Mobile | 1/31/07 $60.80 Online payment 1/16/07 $61.88 Online payment 12/6/06 $68.08 Online payment | $190.76 | $0.00 |
| Cobra Service | 1/16/07 $414.86 Online payment 11/28/06 $377.60 Online payment | $792.46 | $0.00 |
| Com Ed Attn: Credit Dept. 2100 Swift Dr. Oak Brook, IL 60523 | 1/16/07 $22.71 Online payment 12/6/06 $20.19 Online payment | $42.90 | $0.00 |
| Comcast P.O. Box 173885 Denver, CO 80217 | 1/16/07 $101.70 Online payment 12/15/06 $99.05 Online payment 11/17/06 $99.05 Online payment | $299.80 | $0.00 |
| State Farm Insurance | Automobile insurance 12/15/06 | $248.82 | $0.00 |
| Extra Space Storage | Check #131 2/21/07 $238.00 | $238.00 | $0.00 |
| Illinois Department of Public Health | Check #130 2/21/07 | $10.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Amelia Wolf 9360 Skokie Blvd. Unit 416 Skokie, IL 60077 | Check #129 2/21/07 $400.00 Check #121 11/25/06 $3,350.00 | $3,750.00 | $1,200.00 |
| Brown, Kaplan & Liss, LLP 500 Davis St., Suite 502 Evanston, IL 60201 | Check #127 $100.00 2/21/07 Check #128 $100.00 2/21/07 | $200.00 | $0.00 |
| Illinois State Toll Highway Authori I-PASS Violation Processing Center P.O. Box 5204 Lisle, IL 60532-5204 | Check #126 $10.00 2/21/07 | $10.00 | $0.00 |
| Duxler Tire | Check #125 $104.32 2/17/07 | $104.32 | $0.00 |
| The Wheatlands | Regular monthly rental payments Check #124 $1,025.00 2/4/07 Check #122 $2,100.00 12/4/06 (2 months rent) Check #119 1025.00 11/6/07 | $4,150.00 | $0.00 |
| Secretary of State of Illinois 501 S. 2nd St., Rm 591 Springfield, IL 62756 | Check #123 $98.00 12/14/06 | $98.00 | $0.00 |
| US Storage | Check #120 $49.00 11/20/06 | $49.00 | $0.00 |

None
■     b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Amelia E. Wolf vs. Alan I. Wolf 05 D2 30697 | Dissolution | Lake County, Illinois Domestic Relations Division | Completed |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Daniel Kriser vs. Alan Wolf and Banana Moon Restaurant 06 SC 1606** | **Civil** | **Lake County, Illinois Small Claims** | **Dismissed with Prejudice after reaching settlement and Debtor paying Daniel Kriser the sum of $500.00 on May 17, 2006.** |
| **RAH Equipment, Inc. vs. Alan Wolf, individually and DBA Bannana Moon and Foodology, Inc. and Illinois Corporation 06 SC 0894** | **Civil Small Claims** | **Lake County, Illinois Small Claims** | **Judgment Judgment Satisfied** |
| **Sysco Food Services - Chicago, Inc. vs. Foodology, Inc. d/b/a Banana Moon and Alan I. Wolf 06 SC 3255** | **Civil** | **Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois 18 N. County Street Waukegan, IL** | **Judgment against Foodology, Inc.** |
| **AdvanceMe, Inc. vs. Foodology, Inc., Banana Moon and Alan Wolf Cook County 07 M1 110265** | **Civil** | **Cook County Municipal District 1** | **Pending** |
| **L & L Packing Company vs. Foodology, Inc. d/b/a Banana Moon and Alan Wolf 06 M1 128481** | **Civil** | **Cook County Circuit Court Municipal Department First District** | **Matter settled and paid.** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Money Management International and Consumer Credit Counseling Service 9009 West Loop South Suite 700 Houston, TX 77096** | **May 19, 2006** | **$50.00 Required pre-bankruptcy credit counseling** |
| **Richards, Ralph & Schwab, Chartered 175 E. Hawthorn Parkway, Suite 345 Vernon Hills, IL 60061** | **9/21/06** | **$13,188.40 Pre-petition attorney fees for bankruptcy counseling and filing.** |

### 10. Other transfers

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Henry and Deborah Hong 9101 North Meade  Ave. Morton Grove, IL 60053**   None | **September 20, 2006** | **Sale of Marital Residence 9101 North Meade Avenue** |

6

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Amelia Wolf**

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                      ADDRESS                         DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                 RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                      TITLE                     NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

9

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 29, 2007**          Signature   **/s/ Alan Ira Wolf**

                                              **Alan Ira Wolf**
                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Alan Ira Wolf** _____    Case No. _____

Debtor(s)    Chapter    **7**    _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Loan and Security Agreement. This is a debt of Foodology, Inc. d/b/a Banana Moon for which Alan Wolf may not have personal liability.** | John J. Hanover | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **Residential Lease Begin date 4/4/06 Expiration date 4/15/07** | **The Wheatlands Properties** | X |

Date    **March 29, 2007** _____    Signature    **/s/ Alan Ira Wolf** _____

**Alan Ira Wolf**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Alan Ira Wolf**                                          Case No. _____

_____
Debtor(s)                Chapter    **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept..................................................... | $ | **5,000.00** |
| Prior to the filing of this statement I have received............................................ | $ | **5,000.00** |
| Balance Due....................................................................................... | $ | **0.00** |

2.    The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed;**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding and preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 30, 2007**                        **/s/ Michael L. Ralph**
_____        _____
                                                              **Michael L. Ralph 2279304**
                                                              **Richards, Ralph & Schwab, Chartered**
                                                              **175 East Hawthorn Parkway**
                                                              **Vernon Hills, IL 60061**
                                                              **847-367-9699  Fax: 847-367-9621**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

#### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Michael L. Ralph 2279304 | X /s/ Michael L. Ralph | March 29, 2007 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**175 East Hawthorn Parkway
Vernon Hills, IL 60061
847-367-9699**

#### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Alan Ira Wolf | X /s/ Alan Ira Wolf | March 29, 2007 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | _____ |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Alan Ira Wolf__ _____    Case No. _____

                                        Debtor(s)        Chapter    __7__ _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __211__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __March 29, 2007__ _____    __/s/ Alan Ira Wolf__ _____

                                        __Alan Ira Wolf__
                                        Signature of Debtor

Abrams & Abrams
Ref: 06040039
75 E. Wacker Dr., Ste. 320
Chicago, IL 60601


ACC International
Ref: 769836/0500043553277/02/002
919 Estes Court
Schaumburg, IL 60193


Account Solutions Group, LLC
Ref: 6194140/0000048103793260
205 Bryant Woods South
Amherst, NY 14228


Ace Mart Restaurant Supply
2653 Austin Highway
San Antonio, TX 78218


ADP, Inc.
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


ADP, Inc.
Chicago Region
P.o. Box 78415
Phoenix, AZ 85062


ADT
P.O. Box 551200
Jacksonville, FL 32255


ADT Security Services, Inc.
P.O. Box 96175
Las Vegas, NV 89193


ADT Security Services, Inc.
P.O. Box 371967
Pittsburgh, PA 15250


AdvanceMe, Inc.
600 TownPark Lane
Suite 500
Kennesaw, GA 30144

Advanta Bank Corp.
P.O. Box 30715
Salt Lake City, UT 84130


Advanta Bank Corp.
P.O. Box 844
Spring House, PA 19477-0844


Alisa Stein Cohen
5225 Old Orchard Road
Skokie, IL 60077


Allen Law Group, LLP
Ref: 50162755/SBC8479481100618
50 Airport Parkway, Ste. 100A
San Jose, CA 95110


Allied Interstate
Ref: 10268628/84794811006180
3000 Corporate Exchange Dr., 5th Fl
Columbus, OH 43231


Allstar Grease Filter Maintenence
P.O. Box 510
North Chicago, IL 60064


Amelia Wolf
9360 Skokie Blvd.
Unit 416
Skokie, IL 60077


Amelia Wolf
9101 Meade Avenue
Morton Grove, IL 60053


American Credit Systems, Inc.
Ref: European Imports 25752
P.O. Box 72849
Roselle, IL 60172


American Express (Corresp)
P.O. Box 297812
Fort Lauderdale, FL 33329

American Express - Costco
P.O. Box 7863
Fort Lauderdale, FL 33329


American Express Blue (Corresp)
P.O. Box 7863
Fort Lauderdale, FL 33329


American Express Merchant Account
GC Services Limited Partnership
P.O. Box 475000 (047)
Jacksonville, FL 32247


American Safe Technologies, Inc.
1925 Enterprise Ct.
Libertyville, IL 60048


Arrow Financial Services
Ref: Neiman Marcus 48103793260
5996 W. Touhy Avenue
Niles, IL 60714


Artisan Specialty Foods, Inc.
8121 Ogden Ave.
Lyons, IL 60534


Assoc. Internal Medicine Physicians
c/o Medclaim
2800 N. sheridan Rd., Ste. 301
Chicago, IL 60657


Associated Collectors, Inc.
Ref: 1370317/57495
P.O. Box 1039
Janesville, WI 53547


AT&T Universal Card (Notice)
P.O. Box 44167
Jacksonville, FL 32231


Axis Publishing Co.
P.O. Box 308
Janesville, WI 53547

Badger Murphy Food Service
P.O. Box 12440
Chicago, IL 60612


Baker, Miller, Markoff & Krasny
Ref: 07-00454-0
29 N. Wacker Drive, 5th Fl.
Chicago, IL 60606


Bank of America (Corresp 2)
P.O. Box 2463
Spokane, WA 99210


Bank of America (Corresp.)
P.O. Box 53101
Phoenix, AZ 85072


Benford Plumbing, Inc.
18091 W. Manitowoc Ct.
Grayslake, IL 60030


Bertram and Edith Wolf
575 Sanctuary Drive
Unit 203
Longboat Key, FL 34228


Biehl & Biehl, Inc.
Ref: 3818172 McMaster Carr
P.O. Box 66415
Chicago, IL 60666-0415


Bonded Collection Corporation
Ref: 5567288
29 E. Madison St., Ste. 1650
Chicago, IL 60602


Brown, Kaplan & Liss, LLP
500 Davis St., Suite 502
Evanston, IL 60201


Capital Management Services, Inc.
Ref: 111000000689170561
726 Exchange St., Ste. 700
Buffalo, NY 14210

Capital One FSB
P.O. Box 60067
City Of Industry, CA 91716


Capital One FSB (Main Corresp)
P.O. Box 30285
Salt Lake City, UT 84130


Charity Venetucci
1801 Beverly Pl.
Highland Park, IL 60035


Chase
P.O. Box 15298
Wilmington, DE 19850


Chase (Corresp.)
P.O. Box 15298
Wilmington, DE 19850


Chase Bank
c/o Capital Management Services, LP
726 Exchange St., Ste. 700
Buffalo, NY 14210


Chase Mastercard (Corresp.)
P.O. Box 15902
Wilmington, DE 19850


Cintas #22
1025 National parkway
Schaumburg, IL 60173


Citi Cards
P.O. Box 6000
The Lakes, NV 89163


Citibank Customer Service (Corresp)
Ref: 5491130089602767
P.O. Box 6500
Sioux Falls, SD 57117


Classic Designs by Nike, Inc.
1546 North Clark, Suite 200
Chicago, IL 60610

Club Audio - Chicago
4520 N. Clarendon Ave., Suite708
Chicago, IL 60640


Coca-Cola Enterprises Lakeshore Div
Park City Sales Center
2335 Paysphere Circle
Chicago, IL 60674


Collection Bureau of America
Ref: SB193361
P.O. Box 5013
Hayward, CA 94540


Collins Caviar Co.
113 York Street
Michigan City, IN 46360


Com Ed
Attn: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Comcast
2508 W. Route 120
Mchenry, IL 60050


CST Co., Inc.
Ref: 6K15414-41
P.O. Box 33127
Louisville, KY 40232


Deal Me In Marketing
P.O. Box 305
Northbrook, IL 60065


DeNormandie
7780 S. Dante Avenue
Chicago, IL 60619


Dependable Fire Equipment
60 Lebaron
Waukegan, IL 60085

DirectTV, Inc.
Business Service Center
P.O. Box 5392
Miami, FL 33152

Discover Card (Notice)
P.O. Box 15192
Wilmington, DE 19850

Discover Financial Services
Ref: 6011007960179330
P.O. Box 3025
New Albany, OH 43054

DMX Music
600 Congress Avenue
Suite 1400
Austin, TX 78701

E-J Industries, Inc.
1275 S. Campbell Ave.
Chicago, IL 60608

Ecolab
P.O. Box 70343
Chicago, IL 60673

Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND 58206

Edward Don & Company
2500 S. Harlem Avenue
North Riverside, IL 60546

Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60622

European Imports, Ltd.
2475 N. Elston Avenue
Chicago, IL 60647

Evanston Northwestern Healthcare
Hospital Billing
23056 Network Pl.
Chicago, IL 60673


Evanston Northwestern Healthcare
Dept. 77-9532
Chicago, IL 60678


Federated Financial Corporation
Ref: Advanta 5584189706050527
P.O. Box 2034
Farmington, MI 48333


FIA Card Services, N.A.
Wolpoff & Abramson, LLP
702 King Farm Blvd.
Rockville, MD 20850


First Equity Card Corp.
P.O. Box 84075
Columbus, GA 31901


Foodology, Inc. d/b/a Banana Moon
2033 Milwaukee Ave., Ste. 175
Riverwoods, IL 60015


Fortune Fish Company
35094 Eagle Way
Chicago, IL 60678


Fred W. Losch Beverage Co.
436 Park Avenue
Lake Villa, IL 60046


GC Services Limited Partnership
Ref: 4437426
P.O. Box 79 (037)
Elgin, IL 60121


GC Services Limited Partnership
Ref: 3121237192
P.O. Box 475000 (047)
Jacksonville, FL 32247

Geo. J. Conille & Sons, Inc.
3232 South Kolin Avenue
Chicago, IL 60623


Great Lakes Wine Company
450 North York Road
Bensenville, IL 60106


Gregory Seddens
227 High St.
Highwood, IL 60040


GS Services Limited Partnership
Ref: 4437426
P.O. Box 626
Elgin, IL 60121


Guy Viti Insurance Agency, Inc.
445 Sheridan Road
P.O. Box 699
Highwood, IL 60040


Harvard Collection Services
ID#9933297/Client#3427022047
4839 N. Elston Ave.
Chicago, IL 60630


Heritage Wine Cellars, Ltd.
6600 W. Howard St.
Niles, IL 60714


Highland Baking Co.
3665 West Lunt Ave.
Lincolnwood, IL 60712


Howard C. Emmerman
Beermann Swerdlove, LLP
161 N. Clark St., Ste. 2600
Chicago, IL 60601


HSBC NV - 48103793260
1441 Schilling Pl.
Salinas, CA 93901

Illinois Department of Revenue
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Illinois Dept. of Employment Securi
401 S. State Street
4th Floor
Chicago, IL 60605


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Internal Revenue Service*
230 S. Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


Jason Lee Gottlieb
1801 Beverly
Highland Park, IL 60035


John J. Hanover
c/o Doouglas W. Worrell
1625 W. Colonial Parkway
Inverness, IL 60067


John J. Hanover
224 Perth Rd.
Cary, IL 60013


JPMorgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826


Judge & Dolph, Ltd.
1925 Busse Rd.
Elk Grove Village, IL 60007


Judge & Dolph, Ltd.
1501 Michael Dr.
Wood Dale, IL 60191

Justin A. Sheridan
1316 W. Park Drive
Round Lake Beach, IL 60023


Kingswood Leasing
P.O. Box 729
Wolfeboro Falls, NH 03896


Kirby Limited Partnership d/b/a
Deerfield Square Limited Partnershi
740 N. Waukegan Rd., Ste. 400
Deerfield, IL 60015


Kloss Distributing
1333 Northwestern Avenue
Gurnee, IL 60031


L & L Packing Company
527 W. 41st Street
Chicago, IL 60609


Lake County Health Department
Environmental Health Services
3010 Grand Avenue
Waukegan, IL 60085


Lakeside Psychology
2213 Lakeside Drive
Deerfield, IL 60015


Lakeside Psychology
1175 Devin Dr., Suite 336
Norton Shores, MI 49441


Law Offices of Barry Serota & Assoc
Case No.: 669688
P.O. Box 1008
Arlington Heights, IL 60006


Leasecomm
Ref: 30034896
10M Commerce Way
Woburn, MA 01801

Lencioni Wholesale Meats, Inc.
1000 Brown Street
Suite 205
Wauconda, IL 60084


Lesley Harling
131 Lilac Ln.
Buffalo Grove, IL 60089


LHR, Inc.
Ref: 4988820002092160
6341 Inducon Drive East
Sanborn, NY 14132


Lion Distributors
3019 Commercial Ave.
Northbrook, IL 60062


Louis Glunz Wines, Inc.
466 Diens Drive
Wheeling, IL 60090


Making Glass Studio & Gallery
1490 Old Deerfield Rd., Unit 18
Highland Park, IL 60035


Marcat Inc. d/b/a Anmar Foods
c/o Atlas & Leviton-Ref: 2603066.00
P.O. Box 894
Glenview, IL 60025


Marcat, Inc. d/b/a Anmar Foods
2150 W. Carroll Avenue
Chicago, IL 60612


Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101


Marshall Fields (Corresp.)
P.O. Box 8098
Lorain, OH 44055

Matek Law Offices, P.C.
Ref: 06-08-00062
77 West Washington, Ste. 1313
Chicago, IL 60602


Maverick Wine Co., LLC
1231 N. Ellis St.
Bensenville, IL 60106


MBNA America (Corresp)
P.O. Box 15026
Wilmington, DE 19850


McMaster Carr
P.O. Box 7690
Chicago, IL 60680


Michael Maysilles (REF: 729586)
c/o Performance Source II, Ltd.
5097 N. Elston Ave., Suite 300
Chicago, IL 60630


Michael Wolf
1420 Sheridan Road
Highland Park, IL 60035


Michael Wolf
1420 Sheridan Rd.
Highland Park, IL 60035


Micros
7031 Columbia Gateway Drive
Columbia, MD 21046


Modern Career Apparel
71 W. Seegers Rd.
Arlington Heights, IL 60005


National Arbitration Forum
File No. FA0612000858258
P.O. Box 50191
Minneapolis, MN 55405

Nationwide Credit
Ref: CF8326
4740 N. State Road, Suite 108
Fort Lauderdale, FL 33319


Nationwide Credit, Inc.
Ref: ID 7867959/Acct 37978994
2015 Vaughn Rd. NW, Ste. 400
Kennesaw, GA 30144-7802


NCO Financial Systems, Inc.
Ref: 4115072597604076
P.O. Box 61247, Dept. 64
Virginia Beach, VA 23466


NCO Financial Systems, Inc.
Ref: CID075182959017USD/CF0706
507 Prudential Road
Horsham, PA 19044


NCO Financial Systems, Inc.
Ref: CID075182959017USD/CF0706
200 Vesey Street, 44th Fl.
New York, NY 10285


Neiman Marcus (Corresp)
P.O. Box 720848
Dallas, TX 75372


Network1 Financial
Merch #: 3948000355501167
1501 Farm Credit Dr., Suite 1500
Mc Lean, VA 22102


Nickolaou, Michaels & Evans, Ltd.
Ref:  07M1 110265
7503 W. 56th St.
Summit, IL 60501


North Shore Distillery, LLC
P.O. Box 279
Lake Bluff, IL 60044

Northland Group, Inc.
Ref: F14437040
7831 Glenroy Rd., Ste. 350
Edina, MN 55439-3108


Northland Group, Inc.
Ref: F14437040
P.O. Box 390846
Edina, MN 55439


Northland Group, Inc./Re:F13799126
P.O. Box 390905
Mail Code CBK1
Edina, MN 55439


Northwestern Mutual Life
P.O. Box 3009
Milwaukee, WI 53201


NWS, Inc. d/b/a Union Beverage Co.
c/o Catherine Elliott-Dunne
P.O. Box 10371
Chicago, IL 60610


NWS, Inc. d/b/a Union Beverage Co.
2600 W. 35th St.
Chicago, IL 60632


NWS, Inc. d/b/a Union Beverage Co.
3104 Farber Dr.
Champaign, IL 61821


Office Depot (Corresp)
P.O. Box 689182
Des Moines, IA 50368


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA 50368


Open Table, Inc.
799 Market, 4th Floor
San Francisco, CA 94103

Opex Communications, Inc.
c/o Premiercom
P.O. Box 707
Elk Grove Village, IL 60009

Oxford Management Services
Ref: Claim #10447845
P.O. Box 18060
Hauppauge, NY 11788

Paintcraft, Inc.
1843 W. Grand Ave.
Chicago, IL 60622

Pamela McLean Meyerson
151 North Harvey Avenue
Oak Park, IL 60302

Party Linens by De Normandie
7780 S. Dante Ave.
Chicago, IL 60619

Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526

PEI-AMS Direct
7020 High Grove Blvd.
Burr Ridge, IL 60527

People's Energy
Attn: Bankruptcy Department
130 E. Randolph, 17th Floor
Chicago, IL 60601

Performance Source II, Ltd.
Ref: 729586
P.O. Box 300783
Chicago, IL 60630

Peter Ward
2644 W. Pratt Blvd.
Unit 2
Chicago, IL 60645

PFG of Minnesota
Ref: OK0051
7825 Washington Ave S., Ste. 410
Minneapolis, MN 55439-2409


Platinum Distributing, Inc.
400 Central Ave., Suite 320
Northfield, IL 60093


Premium Assignment Corp.
P.O. Box 3100
Tallahassee, FL 32315


Primary Financial Services
Ref: 111000000689170561
3115 N. 3rd Ave., Ste. 113
Phoenix, AZ 85013


Progressive Direct
P.O. Box 31260
Morton Grove, IL 60053


ProHost USA, Inc.
Ref: PAC5633078
4500 Park Glen Rd., Ste. 410
Minneapolis, MN 55416


Receivable Management Services
Claim No.: 288042484-3/288042484-M1
P.O. Box 20410
Bethlehem, PA 18025


Receivable Management Services
Ref: 288042484-6
P.O. Box 20410
Bethlehem, PA 18025


Receivable Recovery Specialists
Ref: 3083-1
P.O. Box 197
Bensenville, IL 60106-0197


Receivables Control Corporation
Ref: Ecolab 19747878
7373 Kirkwood Court, Ste. 200
Minneapolis, MN 55369

Receivables Control Corporation
Ref: Ecolab 19747878
P.O. Box 9658
Minneapolis, MN 55440


Receivables Performance Management
Ref: 5157370
1930 220th St. SE, Ste. 101
Bothell, WA 98021


Rewards Network
2 N. Riverside Plaza, Suite 950
Chicago, IL 60606


RR Public Relations, Inc.
2220 W. Dickens Ave.
Chicago, IL 60647


Sara Lee Coffee & Tea
P.O. Box 93354
Chicago, IL 60673


SBC/AT&T
Bill Payment Center
Chicago, IL 60663


SBC/AT&T*
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606


Southern Wine & Spirits of Illinois
300 East Crossroads Parkway
Bolingbrook, IL 60440


Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674


Sprint Customer Service (Corresp)
P.O. Box 8077
London, KY 40742

State of Illinois - Dept. of Labor
Hearings Division - 06-001385
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601


State of Illinois - Dept. of Labor
Hearings Division - 06-001386
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601


State of Illinois - Dept. of Labor
Hearings Division - 06-001264
160 N. La Salle St., Ste. C-1300
Chicago, IL 60601


Stein & Rotman
Ref: Foodology, Inc. dba Banana Moo
105 West Madison Street
Chicago, IL 60602


Stein & Rotman
Ref: 060684/Banana Moon
105 West Madison Street
Chicago, IL 60602


Superior Knife, Inc.
8120 N. Central Ave.
Skokie, IL 60076


Superior Refrigeration
30333 North Fairfield Rd.
Grayslake, IL 60030


Susan Swartz
349 Marshman
Highland Park, IL 60035


Sysco Food Services
c/o McMahan & Sigunick, Ltd.
216 W. Jackson Blvd., Ste. 900
Chicago, IL 60606


Sysco Food Services - Chicago, Inc.
250 Wieboldt Dr.
Des Plaines, IL 60016

Sysco Food Services - Chicago, Inc.
P.O. Box 5037
Des Plaines, IL 60017


Taylor Chicago Distributors
843 Cambridge Drive
Elk Grove Village, IL 60007


TeamCo International
1130 Lake Cook Rd., Suite 130
Buffalo Grove, IL 60089


Teodora Bailey
215 E. Chestnut, #202
Chicago, IL 60611


The Lock Up Storage Centers
1505 Old Deerfield Rd.
Highland Park, IL 60035


The Seafood Merchants, Ltd.
900 Forest Edge Dr.
Vernon Hills, IL 60061


The Wheatlands Properties
1225 Deerfield Parkway
Buffalo Grove, IL 60089


TimePayment Corp.
P.O. Box 3069
Woburn, MA 01888


TimePayment Corp. (Corresp)
10-M Commerce Way
Woburn, MA 01801


Tri-Star Mechanical Services, Inc.
114 Joey Drive
Elk Grove Village, IL 60007


True World Foods, Inc.
950 Chase Avenue
Elk Grove Village, IL 60007

United Recovery Systems, LP
Ref: 07267536
5800 N. Course Dr.
Houston, TX 77072


United Recovery Systems, LP
Ref: 07267536
P.O. Box 722929
Houston, TX 77272-2929


Vengroff, Williams & Associates
Ref: 2007163
P.O. Box 4155
Sarasota, FL 34230


Village of Deerfield
850 Waukegan Rd.
Deerfield, IL 60015


Vintage Wines
242 Beinoris Drive
Wood Dale, IL 60191


Wells Fargo Bank Visa (Corresp)
P.O. Box 522
Des Moines, IA 50302


Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306


Wells Fargo Card Services
P.O. Box 9210
Des Moines, IA 50306


Wolpoff & Abramson, LLP
File: 166187396
702 King Farm Blvd.
Rockville, MD 20850


Wolpoff & Abramson, LLP
File: 166187396/FA0612000858258
702 King Farm Blvd.
Rockville, MD 20850